DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RKMO, LLC,** a Florida Limited Liability Company,
**SOUFFRANT INVESTMENTS & FEDERAL TRUST, INC.,**
a Florida Corporation, **JAHMAL SOUFFRANT,**
**YVONNE SOUFFRANT,** and **GARRY SOUFFRANT,**
Appellants,

v.

**SOPHIA BURROWS,**
Appellee.

No. 4D2023-1878

[March 21, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey Levenson, Judge; L.T. Case No. CACE22-010244.

Gregory D. Curtis of Law Office of Gregory Curtis, Miami Gardens, for appellants.

Robert L. Shearin of Law Office of Robert L. Shearin, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***